IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1246 (OES)

PETER N. GEORGACARAKOS,

     Plaintiff(s),

v.

UNITED STATES,

     Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Rule 60(b) Motion, filed April 11, 2006.  On September 7, 2004, I entered an Order Adopting and Affirming the Recommendation of Magistrate Judge Schlatter that Plaintiff's complaint be dismissed with prejudice ("Order Dismissing Case").  Plaintiff appealed the Order Dismissing Case to the Tenth Circuit Court of Appeals.  On October 21, 2005, the Tenth Circuit affirmed my dismissal of Plaintiff's case for lack of subject-matter jurisdiction.  I have no jurisdiction to entertain Plaintiff's Rule 60(b) at this stage of the proceedings.  Plaintiff's Rule 60(b) Motion, filed April 11, 2006 (docket #63) is **DENIED**.

     Dated:  April 14, 2006

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge