IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1246 (OES)

PETER N. GEORGACARAKOS,

    Plaintiff(s),

v.

UNITED STATES,

    Defendant(s).

_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's Motion to Amend or Transfer Pleading, filed April 24, 2006, in which Plaintiff requests that I reconsider my Order denying his Rule 60(b) Motion, filed April 11, 2006, or, in the alternative, transfer his Rule 60(b) Motion to the Tenth Circuit Court of Appeals.  As I stated in my Order dated April, 14, 2006, the Tenth Circuit affirmed my dismissal of this case for lack of subject-matter jurisdiction on October 21, 2005.  Plaintiff has exhausted his appeals of the issues raised in this case.  Accordingly, Plaintiff's Motion to Amend or Transfer Pleading, filed April 24, 2006, is **DENIED**.

    Dated:  April 24, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge